FILED

SEP - 4 2013

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
        Plaintiff,              )
                                )
v.                              )
                                )   No.
RAY ALLEN DAVIS, Jr.,           )
JAMES A. MITCHELL,              )   **4:13-CR-351 CEJ/DDN**
PATRICK A. TATE,                )
JIMMIE D. JOHNSON,              )
DONALD J. MAGUIRE,              )
THEODORE S. HEEGE,              )
NORMA J. EGAN,                  )
DONNA L. MOSS,                  )
SHEILA C. HEEGE,                )
DANIELLE R. BECKER,             )
HALEY L. MEIER, and             )
HEATHER N. MARTIN,              )
                                )
        Defendants.             )

## INDICTMENT

## COUNT I

The Grand Jury charges that:

Beginning at a time unknown to this Grand Jury, but including July 1, 2010, and continuing

to the date of this indictment within the City of St. Louis, and elsewhere in the Eastern District of

Missouri, and elsewhere, the defendants,

**RAY ALLEN DAVIS, Jr.,**
**JAMES A. MITCHELL,**
**PATRICK A. TATE,**
**JIMMIE D. JOHNSON,**
**DONALD J. MAGUIRE,**
**THEODORE S. HEEGE,**
**NORMA J. EGAN,**
**DONNA L. MOSS,**
**SHEILA C. HEEGE,**

**DANIELLE R. BECKER,**
**HALEY L. MEIER,**
**HEATHER N. MARTIN,**

did knowingly, unlawfully, and intentionally combine, conspire, confederate, and agree together with each other and persons, both known and unknown to the Grand Jury, to commit the following offense against the United States: to knowingly and intentionally manufacture a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and

The quantity of mixture or substance containing a detectable amount of methamphetamine involved in the offense was five hundred grams or more, thereby making the offense punishable under Title 21, United States Code 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

## COUNT II

Beginning at a time unknown to this Grand Jury, but including July 1, 2010, and continuing to the date of this indictment within St. Louis County, the City of St. Louis, and elsewhere in the Eastern District of Missouri, and elsewhere, the defendants,

**RAY ALLEN DAVIS, Jr.,**
**JAMES A. MITCHELL,**
**PATRICK A. TATE,**
**JIMMIE D. JOHNSON,**
**DONALD J. MAGUIRE,**
**THEODORE S. HEEGE,**
**NORMA J. EGAN,**
**DONNA L. MOSS,**
**SHEILA C. HEEGE,**
**DANIELLE R. BECKER,**
**HALEY L. MEIER,**
**HEATHER N. MARTIN,**

2

did knowingly, unlawfully, and intentionally combine, conspire, confederate, and agree together with each other and persons, both known and unknown to the Grand Jury, to commit the following offense against the United States: to knowingly and intentionally possess pseudoephedrine, a listed chemical, with the intent to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(1).

All in violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____

JEANNETTE S. GRAVISS #MO44483
Assistant United States Attorney

3